FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP -8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Rhonda Garaway DEFENDANT(S). | CASE NUMBER 08-293 M <br><br> ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Wednesday, 9/10/08__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9/8/08__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge